AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico ▼

| | |
|---|---|
| NAVAJO NATION, a federally recognized Indian Tribe;  NAVAJO NATION HUMAN RIGHTS COMMISSION;  LORENZO BATES;  JONNYE KAIBAH BEGAY;  GLORIA ANN DENNISON et al.,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SAN JUAN COUNTY, NEW MEXICO; SAN JUAN COUNTY BOARD OF COMMISSIONERS; JOHN BECKSTEAD, in his official capacity as Chairman et al.,<br><br>*Defendant(s)* | Civil Action No.  1:22-cv-00095-SMV-JFR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  San Juan County Clerk Tanya Shelby
County Clerk's Office
PO Box 550
Aztec, NM 87410


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leon Howard
Preston Sanchez
ACLU OF NEW MEXICO
P.O. Box 566
Albuquerque, NM 87103
Telephone: (505) 266-5915

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Friday, February 11, 2022

Jacob Garcia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00095-SMV-JFR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defendant San Juan County Clerk Tanya Shelby
was received by me on *(date)* February 11, 2022.

☒ I personally served the summons on the individual at *(place)* County Clerk's Office, P.O. Box 550 Aztec, NM 87410 on *(date)* February 14, 2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: February 18, 2022

*Server's signature*

Tiffany McCree, Senior Paralegal
*Printed name and title*

ACLU-NM
P.O. Box 566
Albuquerque, NM 87103
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

San Juan County Clerk Tanya Shelby
County Clerk's Office
PO Box 550
Aztec, NM 87410

9590 9402 6353 0296 8167 11

2. Article Number (Transfer from service label)

7020 3160 0000 3394 4260

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Sheri Armstrong
C. Date of Delivery: 2·14·22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt