IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 12 2022

MITCHELL R. ELFERS
CLERK

NAVAJO NATION, a federally recognized
Indian Tribe; NAVAJO NATION HUMAN
RIGHTS COMMISSION; LORENZO BATES;
JONNYE KAIBAH BEGAY; GLORIA ANN
DENNISON; TRACY DEE RAYMOND; and
BESSIE YAZZIE WERITO,

    Plaintiffs,

v.

No. CIV 22-0095 JB/JFR

SAN JUAN COUNTY, NEW MEXICO; SAN
JUAN COUNTY BOARD OF
COMMISSIONERS; JOHN BECKSTEAD, in
his official capacity as Chairman; TERRI
FORTNER, in her official capacity as
Commissioner; STEVE LANIER, in his official
capacity as Commissioner; MICHAEL
SULLIVAN, in his official capacity as
Commissioner; GLOJEAN TODACHEENE, in
her official capacity as Commissioner; and
TANYA SHELBY, in her official capacity as
COUNTY CLERK,

    Defendants.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER COMES before the Court on the Plaintiffs and Defendants Joint Motion to Modify Scheduling Order [Doc. 45]. The Court having reviewed the motion, and finding it to be well-taken, the parties' motion is hereby granted. The new deadlines are ordered as followed:

- Non-Expert discovery complete by: January 9, 2023

- Plaintiff Identification of Experts and Expert Reports: February 10, 2023

- Defendants/Other Parties Identification of Experts and Expert Reports: March 13, 2023

- Rebuttal Expert Reports from Plaintiffs: April 3, 2023

- Termination of Discovery: April 24, 2023

- Motions Relating to Discovery due by: May 12, 2023

- Pre-Trial Motions unrelated to Discovery: May 22, 2023

- Motion Hearing: June 23, 2023 at 9:00 AM

- Consolidated Final Pretrial Order, Plaintiff to Defendant: on or before July 24, 2023

- Consolidated Final Pretrial Order, Defendant to Court: on or before July 31, 2023

- Pre-Trial Conference: August 1, 2023 at 9:00 AM

- Bench Trial on Trailing Docket: August 11, 2023 at 9:00 AM

**IT IS SO ORDERED.**

James O. Browning
UNITED STATES DISTRICT JUDGE

Navajo Nation

Submitted by:

Leon Howard
Preston Sanchez
**ACLU OF NEW MEXICO**
P.O. Box 566
Albuquerque, NM 87103
Telephone: (505) 266-5915
lhoward@aclu-nm.org
psanchez@aclu-nm.org

Doreen N. McPaul (Bar No. 17836)
Navajo Nation Attorney General
Paul Spruhan (Bar No. 12513)
Assistant Attorney General
Louis Mallette (Bar No. 149453)
**NAVAJO NATION DEPARTMENT OF JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515-2010
Telephone: (928) 871-6210
dmcpaul@nndoj.org
paspruhan@nndoj.org
lmallette@nndoj.org

Ezra D. Rosenberg*
James T. Tucker**
Ryan Snow*
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street, N.W. Suite 900
Washington, D.C. 2005
Telephone: (202) 662-8600
erosenberg@lawyerscommittee.org
jtucker@lawyersommittee.org
rsnow@lawyerscommittee.org

Raymond M. Williams*
Jean Gabat*
Daniel Nettles*
Virginia Weeks*
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Telephone: (215) 656-3300

3

Facsimile: (215) 656-3301
raymond.williams@us.dlapiper.com
jean.gabat@us.dlapiper.com
daniel.nettles@us.dlapiper.com
virginia.weeks@us.dlapiper.com

Chad W. Dunn
Sonni Waknin
Bernadette Reyes
**UCLA VOTING RIGHTS PROJECT**
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: (310) 400-6019
Facsimile: (202) 783-0857
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org

*\*Pro hac vice applications pending.*
*\*\* Practice Limited to Federal Court*

**ATTORNEYS FOR PLAINTIFFS**

Approved by:

***Approved via email***
Brian Griesmeyer
Christopher T. Saucedo
SAUCEDOCHAVEZ, P.C.
800 Lomas Blvd. NW, Suite 200
Albuquerque, NM 87102
Telephone: (505) 338-3945
bgriesmeyer@saucedochavez.com
csaucedo@saucedochavez.com

**ATTORNEYS FOR DEFENDANTS**